1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ALFREDO A. MENDEZ,       ) Case No. CV 11-2896 DMG (JCG)
                                  )

12              Petitioner,     )
                                  ) **JUDGMENT**

13          v.             )
                                  )

14 KAREN ALLISON, Warden,   )
                                  )

15             Respondent.   )
                                  )

16 _____)

17       IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

18 **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and

19 Recommendation.

20

21

22 DATED:  August 22, 2011

23                                   _____

24                                     DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE

25

26

27

28

1